JS-6 / Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN A. PULIDO, ) | Case No. EDCV 13-0370-JPR |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social ) Security, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: March 19, 2014

*[signature]*
JEAN ROSENBLUTH
U.S. Magistrate Judge